# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

**FILED**
JUL 13 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

WARREN G. JONES
3415 WESTMONT STREET APT. #2
MOUNT VERNON, ILLINOIS 62864

*Plaintiff*

ILLINOIS DEPARTMENT OF HUMAN SERVICES
CLYDE L. CHOATE MENTAL HEALTH DEVELOPMENTAL CENTER
1000 NORTH MAIN STREET
ANNA, ILLINOIS 62906

Case Number: 15-cv-751-SMY-SCW
(Clerk's Office will provide)

*Defendant(s)*

1) MIKE JASMON  2) MELINDA MILLER  3) BRADLEY RIDENHOUR  4) CHRYSTAL HALE  5) JANICE RALLS

## PRO SE CIVIL RIGHTS COMPLAINT
### (Non-Prisoner)

**I.   JURISDICTION**

Subject matter jurisdiction is invoked under 28 U.S.C. § 1331, 28 U.S.C. § 1343(a)(3), and/or 42 U.S.C. § 1983. List any additional bases for federal subject matter jurisdiction here:

**II.   PARTIES**

**Plaintiff:**

A.   Plaintiff, a citizen of ILLINOIS (state), who resides at 3415 WESTMONT STREET APT #2 MT. VERNON, ILLINOIS 62864, alleges that his/her civil rights were violated by the individual(s) named below.

**Defendant #1:**

B.   Defendant MIKE JASMON is employed as
     (a) (Name of First Defendant)

UNIT ADMINISTRATOR - SYCAMORE HALL UPPER UNIT - CHOATE FACILITY
     (b) (Position/Title)

(10/2010)

with <u>CLYDE L. CHOATE MENTAL HEALTH & DEVELOPMENTAL CENTER</u>
   (c) (Employer's Name and Address)

<u>1000 NORTH MAIN STREET    ANNA, ILLINOIS   62906</u>

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government? [✓] Yes [ ] No

If your answer is YES, briefly explain:

<u>SYCAMORE HALL UPPER UNIT ADMINISTRATOR</u>

Check one of the following:

[✓] This defendant **personally participated** in causing my injury, and I want **money damages**.

[ ] The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

**Defendant #2:**

C. Defendant <u>MELINDA MILLER</u> is employed as
   (Name of Second Defendant)

<u>UNIT ADMINISTRATOR - SYCAMORE HALL UPPER UNIT - CHOATE FACILITY</u>
   (Position/Title)

with <u>CLYDE L. CHOATE MENTAL HEALTH & DEVELOPMENTAL CENTER</u>
   (Employer's Name and Address)

<u>1000 NORTH MAIN STREET    ANNA, ILLINOIS   62906</u>

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government? [✓] Yes [ ] No

If you answer is YES, briefly explain:

<u>SYCAMORE HALL UPPER UNIT ADMINISTRATOR</u>

Check one of the following:

[✓] This defendant **personally participated** in causing my injury, and I want **money damages**.

[ ] The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

(10/2010)

**Defendant #3:**

D. Defendant BRADLEY K. RIDENHOUR is employed as
(Name of Third Defendant)

RESIDENTIAL SERVICES SUPERVISOR - SYCAMORE HALL UPPER UNIT
(Position Title)

with CLYDE L. CHOATE MENTAL HEALTH & DEVELOPMENTAL CENTER
(Employer's Name and Address)

1000 NORTH MAIN STREET    ANNA, ILLINOIS 62906

At the time the claim(s) alleged in this complaint arose, was Defendant #3 employed by the state, local, or federal government? [✓] Yes [ ] No

If you answer is YES, briefly explain:

RESIDENTIAL SERVICE SUPERVISOR SYCAMORE HALL UPPER UNIT

Check one of the following:

[✓] This defendant **personally participated** in causing my injury, and I want **money damages**.

[ ] The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

**Additional Defendant(s) (if any):** (See following pages)

E. Using the outline set forth above, identify any additional Defendant(s), using additional pages, if necessary.

(10/2010)

**Defendant #4**

E.  Defendant CHRYSTAL HALE is employed as
(Name of Third Defendant)

MENTAL HEALTH TECHNICIAN I   SYCAMORE HALL UPPER UNIT
(Position Title)

with CLYDE L. CHOATE MENTAL HEALTH & DEVELOPMENTAL CENTER
(Employer's Name and Address)

1000 NORTH MAIN STREET   ANNA, ILLINOIS 62906

At the time the claim(s) alleged in this complaint arose, was Defendant #3 employed by the state, local, or federal government? [✓] Yes [ ] No

If you answer is YES, briefly explain:

MENTAL HEALTH TECHNICIAN I — SISTER-IN-LAW OF JANICE RALLS

Check one of the following:

[✓] This defendant **personally participated** in causing my injury, and I want **money damages**.

[ ] The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

**Additional Defendant(s) (if any):** (see following pages)

E.  Using the outline set forth above, identify any additional Defendant(s), using additional pages, if necessary.

(10/2010)

**Defendant #5**

F.  Defendant  JANICE RALLS  is employed as
    (Name of Third Defendant)

MENTAL HEALTH TECHNICIAN TRAINEE   SYCAMORE HALL UPPER UNIT
(Position/Title)

with CLYDE L. CHOATE MENTAL HEALTH & DEVELOPMENTAL CENTER
(Employer's Name and Address)

1000 NORTH MAIN STREET   ANNA, ILLINOIS  62906

At the time the claim(s) alleged in this complaint arose, was Defendant #3 employed by the state, local, or federal government? ☑ Yes ☐ No

If you answer is YES, briefly explain:

MENTAL HEALTH TECHNICIAN TRAINEE — SISTER-IN-LAW OF CHRYSTAL HALE

Check one of the following:

☑  This defendant **personally participated** in causing my injury, and I want **money damages**.

☐  The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

**Additional Defendant(s) (if any):**

E.  Using the outline set forth above, identify any additional Defendant(s), using additional pages, if necessary.

(10/2010)

### III. PREVIOUS LAWSUITS

A. Have you begun any other lawsuits in this federal court?
☐ Yes ☑ No

B. If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.

1. Parties to previous lawsuits: n/a

   Plaintiff(s):

   Defendant(s): n/a

2. Case number: n/a

3. Name of Judge to whom case was assigned: n/a

4. Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?): n/a

IV. STATEMENT OF CLAIM

State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege several related claims, number and set forth <u>each</u> claim in a <u>separate</u> paragraph.

When: Monday February 2, 2015 @ 8:55pm

Where: On the Sycamore Hall Upper Unit of the Clyde L. Choate Mental Health and Developmental Center located in Anna, Illinois.

How:
- Defamation of Character
- Making false, unfounded allegations
- Slander
- Libel
- Verbal Harassment
- WorkPlace Harassment
- Created Economic Loss for me.
- Duress
- Coercion of other employees to defame my character
- Created Hostile Working Environment
- Violated Administrative Directive to adhere to company policies.

- Ruined my reputation, career, and finances.

- Intentional Infliction of Emotional Distress

by Whom: Chrystal Hale   Mental Health Technician I.
(Caucasian)

(10/2010)

IV.  STATEMENT OF CLAIM

State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege several related claims, number and set forth each claim in a separate paragraph.

When: Thursday February 19, 2015 @ 8:20 pm

Where: On the Sycamore Hall Upper Unit of the Clyde L. Choate Mental Health and Developmental Center located in Anna, Illinois.

How:
- Violation of WhistleBlower Rights / Policy
- Libel
- Slander
- WorkPlace Discrimination
- Employee Discrimination
- Defamation of Character
- Retaliation
- Professional Negligence
- Preferential Treatment to Younger Worker
- Wrongful Termination
- Unfair Business Practices
- Race Discrimination
- Conspiracy
- Made misleading statements

- Lack of Professionalism
- Created Economic Loss
- Violated Employer Progressive Discipline Policy
- No Disciplinary Documentation
- Failure to DISCIPLINE CAUCASIAN employees.
- Ruined my reputation, career, finances.
- Intentional Infliction of Emotional Distress

by Whom: Bradley K. Ridenhour (Caucasian)   Residential Service Supervisor of the Sycamore Hall Upper Unit

(10/2010)

IV. **STATEMENT OF CLAIM**

State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege several related claims, number and set forth <u>each</u> claim in a <u>separate</u> paragraph.

When: Friday February 20, 2015 @ 7:46 pm

Where: On the Sycamore Hall Upper Unit of the Clyde L. Choate Mental Health and Developmental Center located in Anna, Illinois.

How:
- Verbal Harassment
- Intimidating Behavior
- Creation of Hostile Working Environment
- Abusive Language
- Disrespectful Behavior
- Cursing at me
- Defamation of Character
- Workplace Discrimination
- Libel
- Slander
- Making false, unfounded allegations
- Intentional Infliction of Emotional Distress
- Ruined my reputation, career, finances.

by Whom: Janice Ralls (Caucasian)   Mental Health Technician Trainee

(10/2010)

IV. **STATEMENT OF CLAIM**

State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege several related claims, number and set forth each claim in a separate paragraph.

When: Thursday February 26, 2015 @ 3:30pm

Where: On the Sycamore Hall Upper Unit of the Clyde L. Choate Mental Health and Developmental Center located in Anna, Illinois.

How:
- Creation of Intimidating Working Environment
- Wrongful Termination
- Employment Discrimination
- Slander
- Workplace Discrimination
- Libel
- Defamation of Character
- Retaliation
- Bad Faith Decision to Discharge
- Unfair Business Practices
- Professional Negligence
- Conspiracy
- Race Discrimination
- Intentional Infliction of Emotional Distress
- Violation of Whistle Blower Rights / Policy
- Lack of Professionalism
- Created Economic Loss
- Failure to DISCIPLINE CAUCASIAN employees
- Ruined my reputation, career, finances.

by Whom: Melinda Miller (10/2010) (Caucasian)    Sycamore Hall Upper Unit Administrator

IV. **STATEMENT OF CLAIM**

State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege several related claims, number and set forth each claim in a separate paragraph.

When: Wednesday March 4, 2015 @ 3:30 pm

Where: On the Sycamore Hall Upper Unit of the Clyde L. Choate Mental Health and Developmental Center located in Anna, Illinois

How:
- Created Economic Loss
- Workplace Discrimination
- Employment Discrimination
- Professional Negligence
- Coercion
- Retaliation
- Bad Faith Decision to Discharge
- Intimidating Working Environment
- Racial Discrimination

- Failure to discipline CAUCASIAN employees

- Ruined my reputation, career, finances.

- Intentional Infliction of Emotional Distress

by Whom: Mike Jasmon (Caucasian)      Sycamore Hall Upper Unit Administrator

(10/2010)

V. **REQUEST FOR RELIEF** (*check as many boxes as appropriate*)

Plaintiff requests that the court grant the following relief:

Compensatory damages in the amount of $100,000.00.

Punitive damages in the amount of $100,000.00.

An ordering requiring defendant(s) to:

Sincerely apologize to me face to face, for their wrong doings. Attend cultural diversity training(s).

A declaration that:

Other:

VI. **JURY DEMAND** (*check one box below*)

Plaintiff ☑ does or ◯ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: July 13, 2015
(date)

*Warren G. Jones*
Signature of Plaintiff

3415 Westmont Street Apt. 2
Street Address

WARREN G. JONES
Printed Name

Mount Vernon, Illinois 62864
City, State, Zip

(10/2010)

# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

WARREN G. JONES )
Plaintiff(s) )
 ) Case Number:
v. )
MIKE JASMON )
Defendant(s) )

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2015, I electronically filed Pro Se Civil Rights Complaint (Non-Prisoner) with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:


and I hereby certify that on [date], I mailed by United States Postal Service, the document(s) to the following non-registered participants:

MIKE JASMON
315 UNION GROVE
CARBONDALE, ILLINOIS 62901

Respectfully submitted,

Warren G. Jones
Name of Password Registrant
3415 Westmont Street Apt 2
Address
Mt. Vernon, Illinois 62864
City, State, Zip

Phone: (618) 472-1727

Fax: (___) ___-___

E-mail: warrenjones5468@yahoo.com

n/a
Attorney bar number (if applicable)

# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

WARREN G. JONES )
Plaintiff(s) )
v. ) Case Number: _____
MELINDA MILLER )
Defendant(s) )

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2015, I electronically filed Pro Se Civil Rights Complaint (Non-Prisoner) with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:


and I hereby certify that on [date], I mailed by United States Postal Service, the document(s) to the following non-registered participants:

MELINDA MILLER
401 WEST SPRING STREET
ANNA, ILLINOIS 62906

Respectfully submitted,

Warren G. Jones
Name of Password Registrant
3415 Westmont Street Apt 2
Address
Mt. Vernon, Illinois 62864
City, State, Zip

Phone: (618) 472-1727

Fax:(___) ___-___

E-mail: warrenjones5468@yahoo.com

n/a
Attorney bar number (if applicable)

# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

WARREN G. JONES )
Plaintiff(s) )
v. )  Case Number: _____
BRADLEY K. RIDENHOUR )
Defendant(s) )

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2015, I electronically filed Pro Se Civil Rights Complaint (NON-PRISONER) with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:



and I hereby certify that on [date], I mailed by United States Postal Service, the document(s) to the following non-registered participants:

BRADLEY K. RIDENHOUR
102 WILSON STREET
ANNA, ILLINOIS 62906

Respectfully submitted,

Warren G. Jones
Name of Password Registrant
3415 Westmont Street Apt 2
Address
Mt. Vernon, Illinois 62864
City, State, Zip

Phone: (618) 472-1727

Fax: (___) ____-____

E-mail: warrenjones5468@yahoo.com

n/a
Attorney bar number (if applicable)

## UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

WARREN G. JONES
_____ )
Plaintiff(s)           )
v.                     )  Case Number: _____
CHRYSTAL HALE          )
_____ )
Defendant(s)           )

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2015, I electronically filed Pro Se Civil Rights Complaint (Non-Prisoner) with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:


and I hereby certify that on [date], I mailed by United States Postal Service, the document(s) to the following non-registered participants:

CHRYSTAL HALE
106 LINCOLN STREET
ANNA, ILLINOIS 62906

Respectfully submitted,

Warren G. Jones
Name of Password Registrant

3415 Westmont Street Apt 2
Address
Mt. Vernon, Illinois 62864
City, State, Zip

Phone: (618) 472-1727

Fax:(___) _____-_____

E-mail: warrenjones5468@yahoo.com

n/a
Attorney bar number (if applicable)

## UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

WARREN G. JONES )
Plaintiff(s) )
v. ) Case Number: _____
JANICE RAUS )
Defendant(s) )

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2015, I electronically filed Pro Se Civil Rights Complaint (Non-Prisoner) with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

and I hereby certify that on [date], I mailed by United States Postal Service, the document(s) to the following non-registered participants:

JANICE RAUS
1195 RAUS LANE
DONGOLA, ILLINOIS 62926

Respectfully submitted,

Warren G. Jones
Name of Password Registrant

3415 Westmont Street Apt 2
Address

Mt. Vernon, Illinois 62864
City, State, Zip

Phone: (618) 472-1727

Fax:(___) _____-_____

E-mail: warrenjones5468@yahoo.com

n/a
Attorney bar number (if applicable)