**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION**

| | |
|---|---|
| WARREN G. JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 15-751-SMY-SCW |
| ) | |
| IL. DEPT OF HUMAN SERVICES, et al., ) | |
| ) | |
| Defendants. ) | |

## MOTION TO DISMISS

NOW COME the Defendants, ILLINOIS DEPARTMENT OF HUMAN SERVICES, MICHAEL JASMON, MELINDA MILLER, BRADLEY RIDENHOUR, CHRYSTAL HALE, and JANICE RALLS by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and, pursuant to Fed. R. Civ. P. 12(b)(6), Defendants move to dismiss the complaint.

1. On July 13, 2015, Plaintiff filed his complaint and issued summons.

2. On August 21, 2015, Defendants requested an enlargement of time, up to and including September 25, 2015 to answer or otherwise plead.

3. Defendants now move to dismiss Plaintiff's Complaint for failure to allege sufficient facts to support any cause of action.

4. Attached hereto and incorporated by reference is a memorandum of law in support of this Motion.

WHEREFORE, for the above and foregoing reasons, Defendants ask this court to dismiss the complaint.

                                      Respectfully Submitted,

                                      MICHAEL JASMON, MELINDA MILLER,
BRADLEY RIDENHOUR, CHRYSTAL HALE,
and JANICE RALLS,

                                            Defendants,

LISA MADIGAN, Attorney General
State of Illinois,

                                            Attorney for Defendants,

                                 By: s/Dylan P. Grady
                                      Dylan P. Grady, #6309120
                                      Assistant Attorney General
                                      500 South Second Street
                                      Springfield, Illinois  62706
                                      Phone: (217) 782-9014
                                      Facsimile: (217) 782-8767
                                      E-Mail: dgrady@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| WARREN G. JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 15-751-SMY-SCW |
| | ) |
| IL. DEPT OF HUMAN SERVICES, et al., | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 25, 2015, I electronically filed the foregoing *Motion to Dismiss* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

None

and I hereby certify that on September 25, 2015, I mailed by United States Postal Service, the document to the following non-registered participant:

Warren G. Jones
3415 Westmont St, Apt 2
Mt. Vernon, IL 62864

                        By:  s/Dylan P. Grady
                             Dylan P. Grady, #6309120
                             Assistant Attorney General
                             500 South Second Street
                             Springfield, Illinois  62706
                             Phone: (217) 782-9014
                             Facsimile: (217) 782-8767
                             E-Mail: dgrady@atg.state.il.us