OCT 2, 2015

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF ILLINOIS

WARREN G. JONES
3415 WESTMONT ST. APT 2
MOUNT VERNON, ILLINOIS 62864
(PLAINTIFF)

CASE NUMBER: 15-751-SMY-SCW

ILLINOIS DEPARTMENT OF HUMAN SERVICES, et al
CLYDE L. CHOATE MENTAL HEALTH AND DEVELOPMENTAL CENTER, DEFENDANTS:
MICHAEL JASMON, MELINDA MILLER, BRADLEY RIDENHOUR, CHRYSTAL
HALE, JANICE RALLS.
(DEFENDANTS)

## * PLAINTIFF'S RESPONSE TO MOTION TO DISMISS *

Now come the PLAINTIFF, Warren G. Jones, PRO SE, pursuant to Title VII of the Civil Rights Act of 1964 based on employment discrimination and wrongful termination -.

Please see attached documents wherefore this plaintiff requests the court to NOT dismiss defendants request to dismiss claim as such.

Respectfully Submitted,

Warren G. Jones
(plaintiff)

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

OCT. 2, 2015

WARREN G. JONES
    PLAINTIFF

No. 15-751-SMY-SCW

vs.

IL. DEPT. OF HUMAN SERVICES, et al.,
    DEFENDANTS

— CERTIFICATE OF SERVICE —

I hereby certify that on October 2, 2015, I personally mailed via United States Postal Service a Plaintiff's Response to Motion to Dismiss Complaint to the Clerk of the Court, including the following defendants as well as their attorney.

Michael Jasmon
Melinda Miller
Bradley Ridenhour  } Defendants
Chryptal Hale
Janice Ralls

Lisa Madigan
    Attorney General

Respectfully Submitted,

Warren G. Jones
Pro Se / Plaintiff